43165.   GENERAL MOTORS CORPORATION v. JENKINS.

QUILLIAN, Judge. The judgment of this court in *General Motors Corp. v. Jenkins,* 117 Ga. App. 527 (160 SE2d 906) having been reversed by the Supreme Court the judgment of this court is vacated. Accordingly, in compliance with the mandate of the Supreme Court the motion to dismiss the appeal must be granted.

*Appeal dismissed. Felton, C. J., Bell, P. J., Jordan, P. J., Hall, Eberhardt, Pannell, Deen and Whitman, JJ., concur.*

DECIDED OCTOBER 31, 1968.

*King & Spalding, Charles H. Kirbo, R. Byron Attridge, John C. Staton,* for appellant.

*Samuel D. Hewlett, Jr., Cullen M. Ward, Thomas Odom, George W. Fryhofer,* for appellee.